UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Document # __5__

----------------------------------------

*Courtney*

-v-

*McDonalds*

----------------------------------------

U.S.C.A. # _____

U.S.D.C. # __08-cv-2476__

JUDGE: __LAP__

DATE: __April 16, 2008__

# INDEX TO THE RECORD ON APPEAL

APR 16 2008

**PREPARED BY (NAME):** THOMAS R. PISARCZYK
**FIRM:** U.S. DISTRICT COURT - SOUTHERN DISTRICT OF NEW YORK
**ADDRESS:** 500 PEARL STREET, ROOM 370
NEW YORK, NEW YORK 10007
**PHONE NO.:** (212) 805 - 0636

**DISTRICT COURT DOCKET ENTRIES** --------------------------------------

**DOCUMENT DESCRIPTION**                                    **DOC. #**

CLERK'S CERTIFICATE

SEE ATTACHED LIST OF NUMBERED DOCUMENTS

( X ) Original Record                              (____) Supplemental Record

The record in the above entitled case was indexed to the U.S.C.A
for the Second Circuit on the __16th__ Day of __April__, 2008.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------

Courtney

-v-

McDonalds

------------------------------------------------

U.S.C.A. # _____

U.S.D.C. # 08-cv-2476

JUDGE: LAP

DATE: April 16, 2008

## Clerk's Certificate

I, J. Michael McMahon, Clerk of the Court of the United States District Court for the Southern District of New York, do hereby certify that the certified copy of the docket entries and the original filed papers numbered __1__ Through __4__, inclusive, constitutes the Original record on appeal in the above entitled proceedings except for the following missing documents:

| Date Filed | Document Description |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |

In Testimony Whereof, I have caused the seal of said Court to be hereunto affixed, at the City of New York, this _16th_ Day of _April_ In this year of our Lord, Two Thousand and Eight, and the Independence of the United States this 232ND year.

J. Michael McMahon, Clerk

By _____
   Deputy Clerk

APPEAL, CLOSED, PRO-SE

# U.S. District Court
## United States District Court for the Southern District of New York (Foley Square)
### CIVIL DOCKET FOR CASE #: 1:08-cv-02476-LAP
Internal Use Only

Courtney v. McDonalds
Assigned to: Judge Loretta A. Preska
Cause: 28:1331 Fed. Question: Other

Date Filed: 03/11/2008
Date Terminated: 03/11/2008
Jury Demand: Plaintiff
Nature of Suit: 445 Civil Rights: Americans with Disabilities - Employment
Jurisdiction: Federal Question

| Date Filed | # | Docket Text |
| --- | --- | --- |
| 03/11/2008 | 1 | DECLARATION IN SUPPORT OF REQUEST TO PROCEED IN FORMA PAUPERIS. Document filed by Thomas J.P. Courtney.(laq) (Entered: 03/19/2008) |
| 03/11/2008 | 2 | COMPLAINT against McDonalds. Document filed by Thomas J.P. Courtney.(laq) (Entered: 03/19/2008) |
| 03/11/2008 | 3 | ORDER OF DISMISSAL, Plaintiff's request to proceed in forma pauperis is granted, however, plaintiff's action is dismissed without prejudice. Accordingly, plaintiff's action is dismissed as his claims "lack an arguable basis either in law or in fact." Plaintiff must submit an affirmation to this Court's Pro Se Office, within 20 days of the date of this order, showing cause as to why this Court should not bar plaintiff from filing any future civil actions in this Court in forma pauperis without first obtaining the Court's leave to file. Furthermore, plaintiff is directed to attach a copy of this order to any future initial pleading or petition he may file in any federal district court, including this Court. Nothing in this order shall preclude plaintiff from paying the full filing fee to bring a new civil action in this Court. The Court certifies pursuant to 28 U.S.C.1915(a)(3) that any appeal from this order would not be taken in good faith. (Signed by Judge Loretta A. Preska on 3/11/08) (laq) (cd). (Entered: 03/19/2008) |
| 03/11/2008 | | Magistrate Judge Theodore H. Katz is so designated. (laq) (Entered: 03/19/2008) |
| 03/31/2008 | 4 | NOTICE OF APPEAL from 3 Order Dismissing Complaint (I.F.P.). Document filed by Thomas J.P. Courtney. (tp) (Entered: 04/14/2008) |
| 03/31/2008 | | Appeal Remark as to 4 Notice of Appeal filed by Thomas J.P. Courtney. $455.00 APPEAL FEE DUE. IFP REVOKED 3/11/08. (tp) (Entered: 04/14/2008) |
| 04/14/2008 | | Transmission of Notice of Appeal and Certified Copy of Docket Sheet to US Court of Appeals re: 4 Notice of Appeal. (tp) (Entered: 04/14/2008) |
| 04/14/2008 | | Transmission of Notice of Appeal to the District Judge re: 4 Notice of Appeal. (tp) (Entered: 04/14/2008) |